IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH E. GLEASON, SR., | CIVIL NO. 1:15-CV-0077 |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Mehalchick) |
| LIEUTENANT JONES, *et al.*, | |
| Defendants | |

FILED
HARRISBURG, PA
JUN 1 0 2015

**ORDER**

Before the court is a May 11, 2015, report and recommendation of the magistrate judge (Doc. 20) to whom this matter was referred in which she recommends that Plaintiff Joseph E. Gleason, Sr.'s motion for a temporary restraining order be denied. Objections to the report and recommendation were due May 28, 2015 and, to date, no objections have been filed.[1]

Therefore, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation (Doc. 20) of Magistrate Judge Mehalchick.

2) Plaintiff's motion for a temporary restraining order (Doc. 17) is **DENIED**.

3) This case is remanded to Magistrate Judge Mehalchick for further proceedings.

SYLVIA H. RAMBO
United States District Judge

Dated: June /, 2015.

---

[1] On May 18, 2015, Plaintiff sent a letter to the Clerk of Court (Doc. 21) that reported a passing meeting with Defendant Jones but the letter did not address the report and recommendation nor state objections thereto.