IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH E. GLEASON, SR.,** : | |
| Plaintiff : | Civ. No. 1:15-cv-0077 |
| : | |
| v. : | |
| : | **Judge Rambo** |
| **LIEUTENANT JONES, et al.,** : | |
| : | **Magistrate Judge Mehalchick** |
| Defendants : | |

# O R D E R

Presently before the court is a report and recommendation (Doc. 39) filed by the magistrate judge in which she recommends that this matter be transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). Objections to the report and recommendation were due on March 14, 2016, but to date, no objections have been filed.

Upon independent review of the facts and law applicable thereto, the recommendation will be adopted.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The recommendation of Magistrate Judge Mehalchick is **ADOPTED**;

2) The clerk of court shall transfer this matter to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

       s/Sylvia H. Rambo
       United States District Judge

Dated: April 6, 2016